UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: TIMOTHY G. ANDERSON and
CHARLENE M. LINDBERG,

Debtors.

Case No. BKY 09-31470

Chapter 11 Case

## ORDER FOR REPORT OF PAYMENTS MADE UNDER AMENDED CHAPTER 11 PLAN

An Amended Chapter 11 Plan was confirmed on **October 28, 2009**. John A. Hedback, the attorney for the proponents of the plan, and the proponents, are hereby ordered to complete, date and sign the report below following the instructions therein, and file same with the clerk within ten days after the date of this order.

Date: October 28, 2009.

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 10/28/2009
Lori Vosejpka, Clerk, By jrb, Deputy Clerk

/e/ Gregory F. Kishel
United States Bankruptcy Judge

---

Report — Instructions: The proponent is required to report to the court, and the clerk is required to report to the Administrative Office of the United Sates Courts, regarding money paid postpetition but preconfirmation and paid or to be paid under a confirmed chapter 11 plan. Payments to be made in the future must necessarily be estimated based upon the exact future payments provided for by the plan. The attorney for the proponent, and the proponent, are accordingly required to complete and file this report. Each item should be answered: if "None," so state. Please remember that all payments made postpetition to date, and all payments to be made hereafter, for all preconfirmation debts and certain administrative expenses, including all attorney fees in the case, are to be included and combined if necessary to answer each item listed below.

Certain Administrative Expense Payments

1. Fees paid or to be paid to Attorney for Debtor(s)   $ 7,150
2. Compensation paid or to be paid to Trustee if any   $ None
3. Fees paid or to be paid to Attorney for Trustee   $ None
4. Total all fees paid or to be paid to other professional persons if any   $ None
5. Total all items paid or to be paid to all of above for reimbursement of expenses   $ 1,089

Payments to All Creditors

6. All payments made or to be made to secured creditors including tax lien claims   $ 356,450
7. All payments made or to be made to unsecured priority creditors including taxes   $ 10,002
8. Grand total all claims allowed or allowable at unsecured nonpriority   $ 1,179,996
9. Percent dividend paid or to be paid on the general unsecured nonpriority claims   8 %

The above information and report is provided to the best of my knowledge, information and belief under FED. R. BANKR. P. 9011(a)

John A. Hedback, Esq.  142478
Hedback Arendt Kohl & Carlson, PLLC
2855 Anthony Lane South, Suite 201
St. Anthony, MN 55418
Attorney's Name, Address, Telephone and Attorney License Number

Signed: _____
Attorney for Proponents
Dated: _____

Signed: _____
Proponents
Dated: 11-03-09